JUDGE BUCKLO

MAGISTRATE JUDGE FINNEGAN


**FILED**
10/13/2021
CR

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. **1:21-CR-00639** |
| v. | Violation: Title 18, United States Code, Section 922(g)(1) |
| ORVILL PI | **UNDER SEAL** |

The Special April 2021 GRAND JURY charges:

On or about May 27, 2021, at Chicago, in the Northern District of Illinois, Eastern Division,

ORVILL PI,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, namely a loaded 9mm Sig Sauer semiautomatic pistol, bearing serial number 58A120748, which firearm had traveled in interstate commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The Special April 2021 GRAND JURY further alleges:

1.     Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearms and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2.     The property to be forfeited includes, but is not limited to, a 9mm Sig Sauer semiautomatic pistol, bearing serial number 58A120748, and associated ammunition.

A TRUE BILL:

_____

FOREPERSON

_____
signed by Scott M. Edenfield on behalf of the
UNITED STATES ATTORNEY

2